UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No.: | CV 17-03146 R (RAO) | Date: April 16, 2019 |
| Title: | Jonathan Glen Turner v. Steven Langford et al. | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE**

On March 1, 2019, the Court denied Plaintiff's third request for an extension of time to file the First Amended Complaint ("FAC"), but re-set the deadline for the filing of the FAC to March 21, 2019. Dkt. No. 40. To date, Plaintiff has not filed the FAC.

Plaintiff is hereby ordered to show cause, in writing, on or before **May 7, 2019**, why his action should not be dismissed for failure to prosecute. Plaintiff may discharge this Order by filing the FAC on or before May 7, 2019.

**Plaintiff is warned that failure to timely respond to this Order will result in a recommendation that this action be dismissed for failure to prosecute and obey Court orders.**

**IT IS SO ORDERED.**

Initials of Preparer     : dl