# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GLEN TURNER,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN LANGFORD, et al.,<br><br>Defendants. | Case No. CV 17-03146 VBF (RAO)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First Amended Complaint (Dkt. No. 50), all of the other records and files herein, the Magistrate Judge's Report and Recommendation (No. 99), and Plaintiff's objections to the Report (No. 102).  The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  Accordingly, IT IS ORDERED that the First Amended Complaint is DISMISSED without prejudice.

DATE:  January 26, 2022

/s/ Valerie Baker Fairbank
_____

Hon. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE