UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GLEN TURNER,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN LANGFORD, et al.,<br><br>Defendants. | Case No. CV 17-03146 VBF (RAO)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is DISMISSED without prejudice, and this action is dismissed.

DATE: January 26, 2022

/s/ Valerie Baker Fairbank
_____
Hon. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE